Appeal from Chancery Court, Harrison County; John S. Morris, Chancellor.
Raymond L. Brown, Brown & Associates, Pascagoula, for appellant.
H. Rodger Wilder, Eaton & Cottrell, Gulfport, for appellee.
Before ROY NOBLE LEE, C.J., and ROBERTSON and ANDERSON, JJ.
AFFIRMED ON $12,067.00 DAMAGES; REVERSED AND RENDERED ON $919.25 JUDGMENT; AND AFFIRMED ON CROSS-APPEAL.
HAWKINS and DAN M. LEE, P.JJ., and PRATHER, SULLIVAN and ZUCCARO, JJ., concur.
GRIFFIN, J., not participating.